IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NICHOLAS STESHENKO, | **No. C 09-5543 RS** |
| Plaintiff, | **ORDER GRANTING LEAVE TO E-FILE** |
| v. | |
| THOMAS MCKAY, et al., | |
| Defendants. | |

Plaintiff's request for leave to register for e-filing in this action is GRANTED.

IT IS SO ORDERED.

Dated: December 8, 2009

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

**THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WAS MAILED TO:**

Gregory Nicholas Steshenko
3030 Marlo Court
Aptos, CA 95003

DATED: December 8, 2009

/s/ Chambers Staff

Chambers of Magistrate Judge Richard Seeborg