**\*\*E-filed 12/8/09\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GREGORY NICHOLAS STESHENKO,                    **No. C  09-5543 RS**

          Plaintiff,                             **ORDER GRANTING LEAVE TO E-FILE**

    v.

THOMAS MCKAY, et al.,

          Defendants.

_____/

    Plaintiff's request for leave to register for e-filing in this action is GRANTED.

IT IS SO ORDERED.

Dated: December 8, 2009

                            _____

                         RICHARD SEEBORG
                         UNITED STATES MAGISTRATE JUDGE

*United States District Court*

For the Northern District of California

**THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WAS MAILED TO:**

Gregory Nicholas Steshenko
3030 Marlo Court
Aptos, CA 95003

DATED:   December 8, 2009

/s/ Chambers Staff

Chambers of Magistrate Judge Richard Seeborg

United States District Court
For the Northern District of California

2

No. C  09-5543 RS
ORDER