Linda J. Lynch, Esq., SBN: 88811
John A. Shupe, Esq., SBN: 87716
Eric K. Shiu, Esq., SBN: 156167
LYNCH AND SHUPE, LLP
700 Airport Blvd., Suite 410
Burlingame, CA 94010
Telephone:  (650) 579-5950
Facsimile:  (650) 579-0300

Attorneys for Defendants Thomas McKay, Dorothy Nunn, Anne Lucero and Cabrillo Community College District

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NICHOLAS STESHENKO,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS MCKAY, DOROTHY NUNN and ANNE LUCERO, of the Cabrillo Community College District; CABRILLO COMMUNITY COLLEGE DISTRICT; KRISTINE SCOPAZZI, BERTHALUPE CARRILLO, and JANE DOE, of Watsonville Community Hospital; WATSONVILLE COMMUNITY HOSPITAL,<br><br>Defendants. | CASE NO: C 09 05543 RS<br><br>STIPULATION RE: SERVICE OF PROCESS UPON AND APPEARANCE BY DEFENDANT THOMAS MCKAY; ORDER THEREON |

The parties to this litigation do now stipulate and agree as follows:

1. Plaintiff has not yet accomplished service of summons and complaint upon Defendant Thomas McKay, but has accomplished service of process upon Cabrillo Community College District and its employees Dorothy Nunn and Anne Lucero, who have responded to the Plaintiff's complaint by filing a motion to dismiss.

2. In order to save Plaintiff the time and expense of accomplishing service of summons and complaint upon Defendant McKay, and to save Defense counsel the time and expense of filing a separate responsive pleading on behalf of Defendant McKay once he has been served, the parties agree that effective the date of their execution of this Stipulation, Defendant McKay will have been

served with summons and complaint, and that for the purpose of deciding Defendants District's Nunn's and Lucero's motion to dismiss, the Court shall construe that motion as if it included, as a moving party, Defendant McKay; and to that extent Defendant McKay is relieved of any further obligation to file an initial responsive pleading.

IT IS SO STIPULATED.

Dated: 2/22, 2010

Plaintiff Gregory Steshenko, pro se

Dated: 2/24, 2010

Lynch and Shupe, LLP

By: John Shupe, attorneys for College District Defendants

/
/
/

### ORDER

The Court, having reviewed the stipulation of the parties, and finding good cause, does hereby adopt the stipulation as the Order of the Court with respect to service of process upon, and appearance by, Defendant McKay.

Dated: February 24, 2010

Judge, United States District Court