*E-Filed 02/24/2010*

1  Linda J. Lynch, Esq., SBN: 88811
   John A. Shupe, Esq., SBN: 87716
2  Eric K. Shiu, Esq., SBN: 156167
   LYNCH AND SHUPE, LLP
3  700 Airport Blvd., Suite 410
   Burlingame, CA 94010
4  Telephone:    (650) 579-5950
   Facsimile:    (650) 579-0300
5
   Attorneys for Defendants Thomas McKay, Dorothy
6  Nunn, Anne Lucero and Cabrillo Community College
   District
7

8                  UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11  GREGORY NICHOLAS STESHENKO,          ) CASE NO:  C 09 05543 RS
                                         )
12          Plaintiff,                   ) **STIPULATION RE: SERVICE OF**
                                         ) **PROCESS UPON AND APPEARANCE**
13     v.                                ) **BY DEFENDANT THOMAS MCKAY;**
                                         ) **ORDER THEREON**
14  THOMAS MCKAY, DOROTHY NUNN and       )
    ANNE LUCERO, of the Cabrillo Community )
15  College District; CABRILLO COMMUNITY )
    COLLEGE DISTRICT; KRISTINE SCOPAZZI, )
16  BERTHALUPE CARRILLO, and JANE DOE,   )
    of Watsonville Community Hospital;   )
17  WATSONVILLE COMMUNITY HOSPITAL,      )
                                         )
18          Defendants.                  )
                                         )
19  _____ )

20      The parties to this litigation do now stipulate and agree as follows:

21      1. Plaintiff has not yet accomplished service of summons and complaint upon Defendant

22  Thomas McKay, but has accomplished service of process upon Cabrillo Community College District

23  and its employees Dorothy Nunn and Anne Lucero, who have responded to the Plaintiff's complaint

24  by filing a motion to dismiss.

25      2. In order to save Plaintiff the time and expense of accomplishing service of summons and

26  complaint upon Defendant McKay, and to save Defense counsel the time and expense of filing a

27  separate responsive pleading on behalf of Defendant McKay once he has been served, the parties

28  agree that effective the date of their execution of this Stipulation, Defendant McKay will have been

*Lynch and Shupe, LLP*
*700 Airport Blvd., Suite 410*
*Burlingame, CA 94010*
*(650) 579-5950*

served with summons and complaint, and that for the purpose of deciding Defendants District's

Nunn's and Lucero's motion to dismiss, the Court shall construe that motion as if it included, as a

moving party, Defendant McKay; and to that extent Defendant McKay is relieved of any further

obligation to file an initial responsive pleading.

IT IS SO STIPULATED.

Dated: 2/22, 2010

Plaintiff Gregory Steshenko, pro se

Dated: 2/24, 2010

Lynch and Shupe, LLP

By: _____

John Shupe, attorneys for
College District Defendants

/
/
/

## ORDER

The Court, having reviewed the stipulation of the parties, and finding good cause, does

hereby adopt the stipulation as the Order of the Court with respect to service of process upon, and

appearance by, Defendant McKay.

Dated: February 24, 2010

_____
Judge, United States District Court

Lynch and Shupe, LLP
700 Airport Blvd., Suite 410
Burlingame, CA 94010
(650) 579-5950