*E-Filed 4/12/10*

1  Gregory Nicholas Steshenko, Pro Se
2  3030 Marlo Court
3  Aptos, CA 95003
4  tel. (831)688-1210

```
                    IN THE UNITED STATES DISTRICT COURT

                       NORTHERN DISTRICT OF CALIFORNIA


GREGORY NICHOLAS STESHENKO,         )
Plaintiff                           )         CASE NUMBER:
                                    )         5:09-CV-05543-RS
           vs.                      )
                                    )
THOMAS MCKAY, DOROTHY NUNN          )   STIPULATION RE: SERVICE OF
and ANNE LUCERO, of the Cabrillo    )   PROCESS UPON AND APPEARANCE
Community College District;         )   BY DEFENDANT SALLY NEWELL;
CABRILLO COMMUNITY COLLEGE DISTRICT;)   ORDER THEREON
KRISTINE SCOPAZZI,                  )
BERTHALUPE CARRILLO, and SALLY      )
NEWELL of Watsonville Community     )
Hospital, WATSONVILLE COMMUNITY     )
HOSPITAL, Defendants                )
_____)
```

The parties to this litigation do now stipulate and agree as follows:

1. Pursuant the Court's Order on the Plaintiff's Motion to Compel Disclosure, Watsonville Community Hospital (hereinafter WCH) disclosed that Defendant Jane Doe is Sally Newell, a Licensed Vocational Nurse employed by WCH.

2. Plaintiff has not yet accomplished service of summons and complaint upon Defendant Sally Newell, however the attorneys representing WCH Defendants in this cause are authorized to accept service on behalf of Sally Newell.

3. In order to save the time and expense of accomplishing service of process on Sally Newell and of filing a separate responsive pleading on behalf of Sally Newell, the parties agree that effective the date of their execution of this Stipulation, Defendant Sally Newell will have been served with summons and complaint, and that the Court shall construe that Sally Newell was included as a moving party in the initial Motion to Dismiss and Motion to Strike filed by WCH Defendants; and to that extent Defendant Newell is relieved of any further obligation to file an initial responsive pleading.

IT IS SO STIPULATED.

Dated: 4/12, 2010  Gregory Steshenko
Plaintiff Gregory Steshenko, pro se

Dated: April 12, 2010  Dummit, Buchholz and Trapp

By: _____
Carolyn Katzorke, attorneys for WCH Defendants

**ORDER**

The Court, having reviewed the stipulation of the parties, and finding good cause, does hereby adopt the stipulation as the Order of the Court with respect to service of process upon, and appearance by, Defendant Newell.

Dated: ~~February~~ April 12, 2010  _____
Judge, United States District Court