**\*\*E-filed 04/15/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NICHOLAS STESHENKO, | No. C 09-5543 RS |
| Plaintiff, | **ORDER RE FUTURE COURT PROCEEDINGS** |
| v. | |
| THOMAS MCKAY, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff has submitted a letter requesting that this action be reassigned to a judge sitting in the San Jose Division, in light of the burdens to him arising from traveling to San Francisco to attend court proceedings. Reassignment does not appear to be warranted at this juncture. The Case Management Conference, presently set for May 27, 2010, shall be telephonic. In the event there are motions filed which the Court does not elect to take under submission without oral argument pursuant to Civil Local Rule 7-1(b), plaintiff will be permitted to appear by telephone. Finally, plaintiff's declination of magistrate judge jurisdiction and request for reassignment to a district judge appears to be based on a misunderstanding. This action is presently assigned to a

United States District Judge, the undersigned. Only discovery disputes have been referred to a magistrate judge.

Dated: 04/15/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE