**\*\*E-filed 04/27/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NICHOLAS STESHENKO, | No. C 09-5543 RS |
| Plaintiff, | |
| v. | **ORDER DENYING REQUEST FOR RULE 54(b) CERTIFICATION** |
| THOMAS MCKAY, et al., | |
| Defendants. | |

On April 1, 2010, the Court entered an order that, among other things, dismissed Cabrillo College as a defendant and dismissed the "official capacity" claims against the individual defendants, on Eleventh Amendment grounds. Plaintiff now asserts that his claims for prospective injunctive relief are not barred by the Eleventh Amendment. Plaintiff is correct. The Second Amended Complaint prays for injunctive relief, and that request is not barred by the Eleventh Amendment, notwithstanding any implication to the contrary in the April 1, 2010 Order. Plaintiff's request for certification under Federal Rules of Civil Procedure 54(b) of the Order insofar as it dismissed the third claim for relief—"involuntary servitude"—is denied.

Dated: 04/27/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE