**\*\*E-filed 10/13/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GREGORY NICHOLAS STESHENKO,

        Plaintiff,

  v.

THOMAS MCKAY, et al.,

        Defendants.

_____/

No. C 09-5543 RS

**ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION**

Defendants' request to extend the deadline for completing mediation is granted.  The parties shall engage in mediation prior to February 28, 2011.  Plaintiff's objections to this continuance are noted; it does not appear, however, that requiring the mediation to go forward by an earlier deadline would be practicable or productive.   Should plaintiff require Court intervention to facilitate the discovery process, he should file any motion to compel as promptly as possible, after fully-exhausting efforts to resolve any disputes through the meet and confer process.  The parties are advised that should any discovery motions be filed, they likely will be referred to a magistrate judge for adjudication.

Dated: 10/13/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California