*E-Filed 12/17/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY STESHENKO, | **No. C 09-5543 RS** |
| Plaintiff, | **ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** |
| v. | |
| THOMAS MCKAY, et al. | |
| Defendants. | |

_____/

Plaintiff Gregory Steshenko having requested and being in need of counsel to assist him in this matter, having adequately demonstrated that he satisfies the criteria set forth in the guidelines of the Federal Pro Bono Project, and good cause appearing, IT IS HEREBY ORDERED that Gregory Steshenko shall be referred to the Federal Pro Bono Project in the manner set forth below:

1. The clerk shall forward to the Volunteer Legal Services Program of the Pro Bono Project Silicon Valley ("PBPSV") one (1) copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

2. Upon being notified by the PBPSV that an attorney has been located to represent the

United States District Court
For the Northern District of California

1    plaintiff, that attorney shall be appointed as counsel for Gregory Steshenko until a
2    final dismissal or judgment is entered herein or until relieved by the Court.

3.   All proceedings in this action are hereby stayed until four weeks from the date an
     attorney is appointed to represent Gregory Steshenko in this action.

IT IS SO ORDERED.

Dated: 12/17/~~2009~~
           2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-5543 RS
ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT