*E-Filed 5/6/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY STESHENKO

Plaintiff(s),

v.

THOMAS MCKAY, et al.

Defendant(s).

No. C-09-5543-RS

ORDER APPOINTING COUNSEL

Because the _Plaintiff_ has requested and is in need of counsel to assist (him)/her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, _James Dal Bon_ is hereby appointed as counsel for _Gregory Steshenko_ in this matter.

IT IS SO ORDERED.

Dated: 5/5/11

_____
United States District/~~Magistrate~~ Judge

EXHIBIT D TO FEDERAL PRO BONO PROJECT GUIDELINES