```
                                        *E-Filed 6/22/11*
```

1  **DUMMIT, BUCHHOLZ & TRAPP**
2      Attorneys At Law
       1661 Garden Highway
3  Sacramento, California 95833-9706
       Telephone (916) 929-9600
4      Fax (916) 927-5368
5  Daniela P. Stoutenburg- State Bar No. 183785
   Carolyn L. Katzorke - State Bar No. 237989
6  Attorneys for Defendants KRISTINE SCOPAZZI,
   BERTHALUPE CARRILLO, AND WATSONVILLE
7  COMMUNITY HOSPITAL
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
11
   GREGORY NICHOLAS STESHENKO   )   Case No.  5:09-CV-05543-RS
12                              )   Magistrate Judge:    Richard Seeborg
            Plaintiff,           )   Courtroom:           4 (5th Floor)
13                              )
                                )
14       -vs-                   )   **STIPULATION AND ORDER TO**
                                )   **CONTINUE CASE MANAGEMENT**
15 THOMAS McKAY, DOROTHY NUNN   )   **CONFERENCE SET FOR JUNE 30,**
   and ANNE LUCERO, of the Cabrillo )   **2011**
16 Community College District; CABRILLO )
17 COMMUNITY COLLEGE DISTRICT;  )
   KRISTINE SCOPAZZI; BERTHALUPE )
18 CARRILLO, and JANE DOE, of   )
   Watsonville Community Hospital; )
19 WATSONVILLE COMMUNITY        )
20 HOSPITAL,                    )
                                )
21          Defendants.         )
                                )
22 _____)

23       Plaintiff, GREGORY STESHENKO, and Defendants, WATSONVILLE COMMUNITY
24 HOSPITAL, KRISTINE SCOPAZZI, BERTHALUPE CARRILLO, SALLY NEWELL, and
25 DOROTHY NUNN, ANNE LUCERO and CABRILLO COMMUNITY COLLEGE DISTRICT,
26 by and through their undersigned counsel, do herewith submit this Stipulation to continue the
27 Case Management Conference presently set for June 30, 2011.
28 / / /

WHEREAS, Daniela P. Stoutenburg, counsel for Defendants, WATSONVILLE COMMUNITY HOSPITAL, KRISTINE SCOPAZZI, BERTHALUPE CARRILLO and SALLY NEWELL, is not available due to an out-of-country, pre-paid vacation from June 23, 2011 through July 16, 2011. Ms. Stoutenburg then commences an estimated three-week trial on July 25, 2011.

Further, Carolyn L. Katzorke, the associate attorney assigned to this matter, is currently out on medical leave, with an estimated return date of August 1, 2011.

John A. Shupe, counsel for Defendants, DOROTHY NUNN, ANNE LUCERO and CABRILLO COMMUNITY COLLEGE DISTRICT, is unavailable from August 15, 2001 through August 19, 2011, and thereafter commences a trial on August 26, 2011 through the first week of September, 2011.

Therefore, it is hereby stipulated that the Case Management Conference on June 30, 2011, be rescheduled, due to the unavailability of counsel for Defendants, WATSONVILLE COMMUNITY HOSPITAL, KRISTINE SCOPAZZI, BERTHALUPE CARRILLO and SALLY NEWELL. The Case Management Conference will now take place as follows:

Either on a date between August 1, 2011 and August 12, 2011, or on a date after September 5, 2011.

IT IS SO STIPULATED.

Dated: June 14, 2011          DUMMIT, BUCHHOLZ & TRAPP

                              By:   /s/ Daniela P. Stoutenburg
                                    Daniela P. Stoutenburg
                                    Carolyn L. Katzorke
                              Attorneys for Defendants KRISTINE SCOPAZZI,
                              BERTHALUPE CARRILLO, AND WATSONVILLE
                              COMMUNITY HOSPITAL

///

///

Dated: June 22, 2011             DAL BON & MARGAIN, APC


By: __/s/ James Dal Bon_____
    James Dal Bon
Attorney for Plaintiff, GREGORY NICHOLAS STESHENKO


Dated: _____            LYNCH AND SHUPE, LLP.


By: _____
John A. Shupe
Attorney for Defendants, DOROTHY NUNN, ANNE LUCERO AND CABRILLO COMMUNITY COLLEGE DISTRICT

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference, scheduled for June 30, 2011 is hereby VACATED. The Case Management Conference will now be scheduled for __August 11, 2011__ at __10:00__ a.m./~~p.m.~~ in Courtroom __3__.

The Joint Case Management Statement shall be filed on or before __8/4/11_____.

Dated: June __22__, 2011         By: _/s/ Richard Seeborg_____
    The Honorable Richard Seeborg

-3-
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE SET FOR JUNE 30, 2011

Case 5:09-cv-05543-RS   Document 140   Filed 06/22/11   Page 4 of 4

Dated: _____          DAL BON & MARGAIN, APC


By: _____
    James Dal Bon
Attorney for Plaintiff, GREGORY NICHOLAS STESHENKO


Dated: 6/14/11          LYNCH AND SHUPE, LLP.


By: _____
John A. Shupe
Attorney for Defendants, DOROTHY NUNN, ANNE LUCERO AND CABRILLO COMMUNITY COLLEGE DISTRICT

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference, scheduled for June 30, 2011 is hereby VACATED. The Case Management Conference will now be scheduled for _____ at _____ a.m./p.m. in Courtroom ___. The Joint Case Management Statement shall be filed on or before _____.

Dated: June ___, 2011          By: _____
    The Honorable Richard Seeborg

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE SET FOR JUNE 30, 2011