*E-Filed 10/25/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GREGORY STESHENKO,

        Plaintiff,

v.

THOMAS MCKAY, et al.

        Defendants.

_____/

**No. C 09-5543 RS**

**ORDER REVOKING PRIOR APPOINTMENT OF COUNSEL, REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT, AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL**

In view of the breakdown in the attorney-client relationship, the appointment of James Dal Bon as counsel for plaintiff Gregory Steshenko is hereby revoked, and Dal Bon is relieved from further representation of Steshenko in this matter. As Steshenko's prior showing that he satisfies the criteria set forth in the guidelines of the Federal Pro Bono Project remains adequate, and good cause appearing, the Volunteer Legal Services Program of the Pro Bono Project Silicon Valley ("PBPSV") is requested to attempt to obtain new pro bono counsel for him. All proceedings in this action are hereby stayed until 20 days from the date an attorney is appointed to represent Gregory Steshenko, and all pending hearing dates are vacated. Upon appointment of new counsel, the parties

No. C 09-5543 RS

shall engage in meaningful meet and confer negotiations in an attempt to resolve all existing discovery disputes prior to re-noticing or refiling any pending discovery motions.

IT IS SO ORDERED.

Dated: 10/25/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-5543 RS

2