*E-Filed 2/21/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GREGORY STESHENKO,

      Plaintiff,

v.

THOMAS MCKAY, et al.

      Defendants.

No. C 09-5543 RS

**ORDER TO RENOTICE MOTION FOR PROTECTIVE ORDER BEFORE THE ASSIGNED MAGISTRATE JUDGE**

On February 20, 2012, plaintiff filed a motion for a protective order regarding discovery issues, and noticed it for hearing before the undersigned. Plaintiff acknowledges that he is aware all discovery disputes in this action have been referred to Magistrate Judge Grewal, but argues circumstances warrant this particular motion being heard by the presiding judge. To the extent plaintiff's motion seeks relief from the prior discovery referral order, it is denied. Plaintiff may renotice the motion for a protective order before Judge Grewal.

IT IS SO ORDERED.

Dated: 2/21/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-5543 RS