**\*E-Filed 3/29/12\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY NICHOLAS STESHENKO, | No. C 09-05543 RS |
| Plaintiff, | |
| v. | **CASE MANAGEMENT SCHEDULING ORDER** |
| THOMAS MCKAY, et al., | |
| Defendants. | |
| _____/ | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a Case Management Conference was held on March 29, 2012.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record and good cause appearing, IT IS HEREBY ORDERED THAT:

1.     PRIOR DISCOVERY AND PRETRIAL MOTION DATES.  All previously set discovery and pretrial motion dates are hereby vacated.

2.     DISCOVERY.  On or before August 3, 2012, all non-expert discovery shall be completed by the parties.  Discovery shall be limited as follows:  (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of  requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3.     EXPERT WITNESSES.  The disclosure and discovery of expert witness opinions shall proceed as follows:

A.  On or before August 31, 2012, plaintiff shall disclose expert testimony reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

B.  On or before September 21, 2012, defendants shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

C.  On or before October 5, 2012, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4.     FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case Management Conference shall be held on **September 13, 2012 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

5.     PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to Civil Local Rule 7.  All pretrial motions shall be heard no later than October 11, 2012.


IT IS SO ORDERED.

Dated: 3/29/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE