IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GREGORY NICHOLAS STESHENKO,

    Plaintiff,

v.

THOMAS MCKAY, et al.,

    Defendants.

No. C 09-5543 RS

**ORDER RE DOCKET NO. 352**

Docket No. 352 is a challenge by plaintiff to certain aspects of a discovery order entered by the Magistrate Judge on June 4, 2012. No response to plaintiff's challenge shall be filed pending further order. The challenge will either be disposed of in conjunction with the prior challenge currently under submission, or an order for further briefing will issue when the prior challenge is decided.

IT IS SO ORDERED.

Dated: 6/12/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE