UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY STESHENKO, <br><br> Plaintiff, <br> v. <br><br> THOMAS MCKAY, ET AL., <br><br> Defendants. | Case No.: 09-CV-05543-RS (PSG) <br><br> **ORDER DENYING THE COLLEGE DEFENDANTS' REQUEST FOR A STAY AND MODIFYING THE APRIL 22 ORDER** <br><br> **(Re: Docket No. 372)** |

Defendants Cabrillo Community College District, Thomas McKay, Dorothy Nunn and Anne Lucero (collectively, the "College Defendants") request a stay of the order dated June 22, 2012 ("June 22 order") requiring them to produce emails of Dorothy Nunn ("Nunn") from September 1, 2008 to December 31, 2009 without further delay. These emails were requested by Plaintiff's Request for Production No. 46, which the College Defendants chose not to address in any way in its opposition to the motion giving rise to the original April 25 order that was reaffirmed by the June 22 order. The College Defendants request a stay to allow a meaningful opportunity to seek relief from the June 22 order from the presiding judge.[1] Having reviewed the request,

IT IS HEREBY ORDERED that the College Defendants' request for stay is DENIED and the June 22 order compelling production of Nunn's emails is MODIFIED as follows.

---

[1] *See* Docket No. 381.

1

Case No.: C 09-5543 RS (PSG)
ORDER

While the court remains loath to credit arguments never previously presented, the College Defendants have now confirmed that Nunn's emails include materials the court has previously determined to be off-limits in this case. To avoid any inconsistency created by the College Defendants' failure to present complete arguments, and to avoid undue burden to the presiding judge, the court finds it appropriate to modify its April 22 order to permit the College Defendants to exclude from the Nunn production the same student records, other student complaints, and other identifying information previously excluded by the court from production required in response to RFP Nos. 1, 8, 13, and 14.

**IT IS SO ORDERED.**

Dated:  7/12/2012

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge