IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NICHOLAS STESHENKO,<br><br>    Plaintiff,<br><br>  v.<br><br>THOMAS MCKAY, et al.,<br><br>    Defendants. | No. C 09-5543 RS<br><br>**ORDER OVERRULING OBJECTION TO MAGISTRATE JUDGE'S ORDER AS MOOT** |

The College Defendants filed an objection to an order of the assigned magistrate judge regarding their obligations with respect to producing emails of Dorothy Nunn. In light of the magistrate judge's further order entered today, the objection is overruled as moot. The College Defendants are advised that any filings they make seeking an order of the Court must be correctly docketed in ECF as a "motion," not simply as a "brief," as they did in this instance. Defendants are also directed to henceforth comply with Civil Local Rule 5-1(e)(2), which prohibits the filing of documents that have merely been scanned to convert them to PDF format, except in the case of materials such as exhibits where a party possesses only a paper copy. Briefs and other pleadings "must be converted to PDF from the word processing original, not scanned, to permit text searches and to facilitate transmission and retrieval." *Id.*

1  IT IS SO ORDERED.

2  Dated: 7/13/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE