IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NICHOLAS STESHENKO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THOMAS MCKAY, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 09-5543 RS<br><br>**ORDER DENYING MOTION TO EXTEND DISCOVERY CUT-OFF AND REQUESTING FILING OF CONSENT OR DECLINATION TO JURISDICTION OF MAGISTRATE JUDGE** |

Pursuant to Civil Local Rule 7-1(b), the College Defendants' motion for an extension of the discovery cut-off is suitable for disposition without oral argument and the hearing set for August 30, 2012 is vacated. The motion is denied on the grounds that the relief sought is wholly unnecessary. A party's obligation to comply with a timely and properly-served notice of deposition, or other discovery request, and/or a court order compelling a deposition or other discovery, does not terminate upon expiration of a discovery cut-off.

Separately, on July 19, 2012, plaintiff filed written consent to the jurisdiction of a magistrate judge to permit reassignment of this action for trial in the San Jose Division. No later than July 27, 2012, defendants shall file consents or declinations to such jurisdiction.

IT IS SO ORDERED.

Dated: July 20, 2012

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE