UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY STESHENKO,<br><br>           Plaintiff,<br>v.<br><br>THOMAS MCKAY, ET AL.,<br><br>           Defendants. | Case No.: C 09-05543 RS (PSG)<br><br>**ORDER SETTING HEARING ON DEFENDANTS' MOTION FOR SANCTIONS**<br><br>**(Re: Docket No. 398)** |

      Defendants Watsonville Community Hospital, Berthalupe Carrillo, Sally Newell and Kristine Scopazzi seek permission to move for sanctions based on Plaintiff Gregory Steshenko's ("Steshenko") failure to appear for deposition. Defendants Cabrillo Community College, Thomas McKay, Dorothy Nunn and Anne Lucero join in the motion. Steshenko opposes the motion. Having reviewed the papers and considered the arguments of counsel,

      IT IS HEREBY ORDERED that the Defendants' request to file a motion for sanctions is GRANTED.

      A hearing will be held on September 4, 2012. No later than August 17, 2012, Defendants shall file their motion for sanctions. No later than August 24, 2012, Steshenko may file his opposition to the motion. No reply brief will be considered.

1

Case No.: C 09-05543 RS (PSG)
ORDER

1  **IT IS SO ORDERED.**

2  Dated:  8/10/2012

                                                  _____
3                                                    PAUL S. GREWAL
                                                  United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: C 09-05543 RS (PSG)
ORDER

**United States District Court**
For the Northern District of California