IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GREGORY NICHOLAS STESHENKO,

    Plaintiff,

v.

THOMAS MCKAY, et al.,

    Defendants.

No. C 09-5543 RS

**ORDER RE FURTHER PROCEEDINGS**

In light of the Order entered by the Court of Appeals for the Ninth Circuit on October 16, 2012, plaintiff is ordered to appear for his deposition at the earliest practicable time, no later than October 31, 2012. The motions hearing and Case Management Conference presently set for November 1, 2012 is vacated. Within 10 days of the completion of plaintiff's deposition, plaintiff and the two groups of defendants may file statements, not to exceed 5 pages each, setting forth their views as to what motions will remain to be decided in this action and what further briefing, if any will be necessary. As to the issue of potential sanctions against the College Defendants for alleged spoliation of evidence, the briefing schedule set out in the order entered on September 20, 2012 remains in effect.

IT IS SO ORDERED.

Dated: 10/16/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE