Linda J. Lynch, Esq., SBN: 88811
John A. Shupe, Esq., SBN: 87716
Eric K. Shiu, Esq., SBN: 156167
LYNCH AND SHUPE, LLP
700 Airport Blvd., Suite 410
Burlingame, CA 94010
Telephone: (650) 579-5950
Facsimile: (650) 579-0300

Attorneys for Defendants Cabrillo Community College District, Thomas McKay, Dorothy Nunn and Anne Lucero

**Lynch and Shupe, LLP**
700 Airport Blvd., Suite 410
Burlingame, CA 94010
(650) 579-5950

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NICHOLAS STESHENKO,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS MCKAY, DOROTHY NUNN and ANNE LUCERO, of the Cabrillo Community College District; CABRILLO COMMUNITY COLLEGE DISTRICT; KRISTINE SCOPAZZI, BERTHALUPE CARRILLO, and JANE DOE, of Watsonville Community Hospital; WATSONVILLE COMMUNITY HOSPITAL,<br><br>Defendants. | CASE NO: C 09 05543 RS<br><br>**[PROPOSED] ORDER AMENDING OCTOBER 16, 2012 ORDER RE: FURTHER PROCEEDINGS** |

The parties having stipulated thereto, and good cause appearing therefore, the October 16, 2012 Order re: Further Proceedings (Docket No. 492) is amended such that Plaintiff Gregory Steshenko is ordered to appear for deposition no later than November 15, 2012, at a mutually convenient time and place in Santa Cruz County, California. All other terms set forth in the October 16, 2012 Order re: Further Proceedings shall remain the same.

Date: 10/23/12

_____
District Judge Richard Seeborg