IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY STESHENKO, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS MCKAY, et al., <br><br> Defendants. | Case No. 09-5543 RS <br><br> **ORDER RESCHEDULING SETTLEMENT CONFERENCE TO APRIL 29, 2013** |

Upon referral from the district court judge, this Court scheduled a settlement conference for Friday, April 26, 2013. The Court subsequently received a letter from counsel for Watsonville Community Hospital stating that they unavailable on the 26th and seeking to reschedule. Plaintiff opposes a continuance of the conference and represents that he will be unavailable from May 5, 2013 through September 1, 2013.

It is this Court's practice to accommodate the schedules of counsel and the parties to the extent possible. Accordingly, the settlement conference is continued to **Monday, April 29, 2013 at 1:30 p.m.** The conference will take place in Courtroom F on the 15th Floor of the San Francisco Federal Courthouse. The parties shall submit their settlement conference statements as set forth in the Court's Order of March 25, 2013 (Dkt. No. 536) by Monday, April 22, 2013.

**IT IS SO ORDERED.**

Dated: April 5, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE