IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GREGORY STESHENKO,

       Plaintiff,

v.

THOMAS MCKAY, et al.

       Defendants.

_____/

**No. C 09-5543 RS**

**ORDER APPOINTING COUNSEL**

A volunteer attorney willing to be appointed to represent plaintiff having been located by the Federal Pro Bono Project, it is hereby ordered that David C. Kiernan of Jones Day is appointed as counsel for plaintiff in this matter.

IT IS SO ORDERED.

Dated: 4/1/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-5543 RS