1  David C. Kiernan (State Bar No. 215335)
   dkiernan@JonesDay.com
2  David L. Wallach (State Bar No. 233432)
   dwallach@JonesDay.com
3  Abigail Johnson (State Bar No. 294243)
   ajohnson@JonesDay.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:    415.626.3939
6  Facsimile:    415.875.5700

7  Attorneys for Plaintiff
   GREGORY N. STESHENKO

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12

| | |
|---|---|
| 13  **GREGORY N. STESHENKO,** | Case No. 09-cv-05543 RS |
| 14           **Plaintiff,** | |
| 15           v. | **STIPULATION AND [PROPOSED]** ~~[PROPOSED]~~ |
| | **ORDER SHORTENING BRIEFING** |
| 16  **THOMAS MCKAY, DOROTHY NUNN,** | **SCHEDULE FOR PLAINTIFF'S** |
|     **and ANNE LUCERO of the Cabrillo** | **MOTION TO REOPEN DISCOVERY** |
| 17  **Community College District; CABRILLO** | |
|     **COMMUNITY COLLEGE DISTRICT;** | |
| 18  **KRISTINE SCOPAZZI, BERTHALUPE** | |
|     **CARRILLO, and SALLY NEWELL of** | |
| 19  **Watsonville Community Hospital;** | |
|     **WATSONVILLE COMMUNITY** | |
| 20  **HOSPITAL,** | |
| 21           **Defendants.** | |

22

23       WHEREAS, on April 22, 2014, Plaintiff Gregory N. Steshenko filed a motion to reopen

24   discovery in the above-captioned case (the "Motion");

25       WHEREAS, trial is currently set for June 23, 2014 with a pretrial conference scheduled

26   for June 11 and a meet and confer regarding trial preparation to take place no later than May 20;

27       WHEREAS, pursuant to Local Rule 7-2, the earliest Plaintiff's Motion could be heard is

28   May 29;

1  WHEREAS, the parties have agreed to a shortened briefing schedule on Plaintiff's Motion so that it can be resolved prior to the aforementioned trial deadlines;

IT IS HEREBY STIPULATED THAT Defendants will file their Opposition to Plaintiff's motion no later than April 29, 2014, and Plaintiff will file his Reply no later than May 2, 2014 after which the matter will be taken under submission on the papers.

Dated: April 22, 2014                     Lynch and Shupe, LLP


By: /s/ John A. Shupe
    John A. Shupe

Counsel for Defendants
THOMAS MCKAY, DOROTHY NUNN,
ANNE LUCERO, CABRILLO
COMMUNITY COLLEGE DISTRICT


Pursuant to Local Rule 5-1(i)(3), I, David L. Wallach, attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: April 22, 2014                     Jones Day


By: /s/ David L. Wallach
    David L. Wallach

Counsel for Plaintiff
GREGORY N. STESHENKO


PURSUANT TO THE FORGOING STIPULATION, IT IS SO ORDERED.

Dated: 4/24/14                            _____
                                          HONORABLE RICHARD SEEBORG
                                          United States District Court Judge