IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GREGORY NICHOLAS STESHENKO,

    Plaintiff,

v.

THOMAS MCKAY, et al.,

    Defendants.
_____/

No. C 09-5543 RS

**ORDER GRANTING LEAVE TO TAKE DEPOSITION UNDER RULE 30(b)(6)**

Plaintiff's request for leave to request to take a deposition of the College under Rule 30(b)(6) of the Federal Rules of Civil Procedure is granted. The parties are directed to meet and confer, however, as to appropriate procedures for minimizing the resulting burden to the College. Because the preparation obligations under Rule 30(b)(6) differ from those imposed on other witnesses, and because witnesses not designated to testify under the Rule do not bind the entity, the mere fact that plaintiff will be deposing individuals with knowledge of some or all of the proposed 30(b)(6) topics does not relieve the College of the obligation to provide testimony under the Rule. The parties should discuss, however, designating part or all of the testimony of appropriate percipient witnesses as being provided under the Rule, to avoid duplication and the calling of additional witnesses, if possible. The parties should also attempt to reach stipulations as to the authenticity and characterization of documents as business or public records, to limit or eliminate the need for such testimony.

IT IS SO ORDERED.

Dated: 5/21/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE