# EXHIBIT 1

PERSONAL STATEMENT OF PLAINTIFF GREGORY STESHENKO

Because I am still represented by Mr. Kiernan, I have no e-filing privileges and cannot respond to Mr. Kiernan's motion in a timely manner. Therefore, I requested Mr. Kiernan to include this statement into his motion.

I oppose to withdrawal of the volunteer attorney in this late stage of litigation because it would be highly disruptive and would further prejudice my case.

Re-opened and still incomplete discovery was conducted according to the views of Mr. Kiernan. The new trial schedule was also established accordingly.

Expert discovery is still pending, and further non-expert discovery is needed. Mr. Kiernan's abrupt withdrawal will prejudice completion of needed discovery.

Mr. Kiernan was appointed on the court's initiative to handle the pending trial. There are no *bona fide* reasons precluding him from fulfillment of his commitments to the court, at least until new counsel, if any, is appointed.

In view of the fact that the defendants' interests are unaffected by the present motion and the privileged attorney-client relationship is involved, I'm asking for an *ex parte* in chambers hearing.


Date: August 9, 2014

/s/

--------------------------------------------

Gregory Steshenko, Plaintiff