| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | NORTHERN DISTRICT OF CALIFORNIA | |
| 10 | SAN FRANCISCO DIVISION | |
| 11 | | |
| 12 | **GREGORY N. STESHENKO,** | **Case No. 09-cv-05543 RS** |
| 13 | **Plaintiff,** | |
| 14 | v. | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW** |
| 15 | **THOMAS MCKAY, DOROTHY NUNN, and ANNE LUCERO of the Cabrillo Community College District; CABRILLO COMMUNITY COLLEGE DISTRICT; KRISTINE SCOPAZZI, BERTHALUPE CARRILLO, and SALLY NEWELL of Watsonville Community Hospital; WATSONVILLE COMMUNITY HOSPITAL,** | |
| 20 | **Defendants.** | |

1   This Court has considered David C. Kiernan's and Jones Day's Motion to Withdraw as
2   Counsel for Plaintiff Gregory N. Steshenko and the papers, evidence and argument submitted
3   therewith and in opposition thereto.
4   Good cause having been shown, IT IS HEREBY ORDERED that:
5   The motion is GRANTED.  The appointment of Mr. Kiernan of Jones Day as pro bono
6   counsel for Plaintiff is hereby revoked, and Mr. Kiernan and Jones Day are hereby withdrawn as
7   counsel.

10   Dated:  August__, 2014

HONORABLE RICHARD SEEBORG
United States District Court Judge

- 1 -

[Proposed] Order Granting Motion to Withdraw
Case No. 09-cv-05543 RS