IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NICHOLAS STESHENKO, | No. C 09-5543 RS |
| Plaintiff, | |
| v. | **ORDER REFERRING MOTION TO WITHDRAW** |
| THOMAS MCKAY, et al., | |
| Defendants. | |

Counsel's motion to withdraw is hereby referred to Magistrate Judge Corley for disposition. Plaintiff Steshenko should still provide any written opposition to his attorneys no later than 4:00 p.m. on August 27, 2014, which counsel shall then promptly email to the courtroom deputy, corinne_lew@cand.uscourts.gov. As previously ordered, no courtesy copy need be submitted to the Court, and it need not be served on defendant. No written reply will be entertained. The matter will be heard *in camera* by Judge Corley at 10:00 a.m. on Thursday, August 28, 2014.

IT IS SO ORDERED.

Dated:  8/19/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE