UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NICHOLAS STESHENKO, | Case No. 5:09-cv-05543-RS |
| Plaintiff, | **ORDER GRANTING LEAVE TO FILE MOTION TO COMPEL** |
| v. | |
| THOMAS MCKAY et al., | **(Re: Docket No. 790)** |
| Defendants. | |

The court received a letter from Defendant Cabrillo Community College requesting leave to file a motion to compel.[1] Cabrillo also seeks to challenge Steshenko's failure to provide complete disclosure of opinions in accordance with Fed. R. Civ. P. 26(a)(2)(c). Steshenko submitted a letter in opposition.[2] The court grants Cabrillo's requested leave. Any motion shall be filed within one week and shall not exceed five pages. Steshenko shall file an opposition less than five pages long one week later. The court will not entertain a reply or hearing and will instead decide the matter on the papers.

---

[1] *See* Docket No. 790.

[2] *See* Docket No. 792.

1

Case No. 5:09-cv-05543-RS
ORDER GRANTING LEAVE TO FILE MOTION TO COMPEL

**SO ORDERED.**

Dated: October 30, 2014

*(signature)*
PAUL S. GREWAL
United States Magistrate Judge