UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY NICHOLAS STESHENKO,

    Plaintiff,

v.

THOMAS MCKAY, et al.,

    Defendants.

Case No. 09-cv-05543-RS

**SCHEDULING ORDER**

Upon consideration of the Joint Pretrial Statement submitted by the parties, and the entire record herein, the parties are advised that each side will receive 10 hours to present their respective cases to the jury, not counting time for closing argument.  Jury selection and opening statements, if any, will occur on December 8, 2014.  Thereafter, trial will be conducted each day from 8:30 a.m. to 1:30 p.m. with two fifteen minute breaks.

The jury will be advised that the case will be submitted to it for deliberations no later than Tuesday, December 16, 2014.  All parties are advised that failure to have witnesses present and prepared to testify may result in a determination that the party has therefore rested.

**IT IS SO ORDERED**.

Dated: November 17, 2014

_____
RICHARD SEEBORG
United States District Judge