UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NICHOLAS STESHENKO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS MCKAY, et al.,<br><br>　　　　Defendants. | Case No. 09-cv-05543-RS<br><br>**ORDER REQUESTING OFFERS OF PROOF RE SPOLIATION** |

No later than 5:00 p.m. on November 24, 2014, each side shall file an offer of proof, not to exceed 7 pages, setting out with specificity what the party believes the evidence will show as to (1) what sources of potential documentary evidence were not adequately maintained after a duty to preserve arose, (2) what documents may have been destroyed as a result of failure to take such reasonable preservation efforts, and (3) what reasonable assumptions may be made as to the possible contents of such documents. The offers of proof shall not include argument, but shall be limited to describing concisely each side's own contentions and the evidence that side intends to introduce to support those contentions.

**IT IS SO ORDERED**.

Dated: November 19, 2014

_____
RICHARD SEEBORG
United States District Judge