UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY NICHOLAS STESHENKO,

Plaintiff,

v.

THOMAS MCKAY, et al.,

Defendants.

Case No. 09-cv-05543-RS

**ORDER CLARIFYING *IN LIMINE* RULING**

The order precluding evidence or argument regarding the financial resources of any party does not preclude plaintiff from introducing evidence regarding his unemployment and his claim of resulting emotional distress, to the extent otherwise relevant and admissible.  It is improper, and will not be allowed, for a party to use claims of impoverishment, or contentions as to another party's wealth, to attempt to inflame the passions, prejudices, or sympathy of the jury.  This clarification resolves plaintiff's motion for leave to seek reconsideration, which shall be terminated without further briefing or hearing.

**IT IS SO ORDERED**.

Dated: November 20, 2014

_____
RICHARD SEEBORG
United States District Judge