UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NICHOLAS STESHENKO, | Case No. 5:09-cv-05543-RS |
| Plaintiff, | **ORDER DENYING MOTION TO STAY AND GRANTING-IN-PART MOTION FOR RECONSIDERATION** |
| v. | |
| THOMAS MCKAY et al., | **(Re: Docket Nos. 895, 896)** |
| Defendants. | |

Following the court's order compelling Plaintiff Nicholas Steshenko to appear for a deposition as an expert witness,[1] Steshenko filed a motion to stay[2] and a motion for reconsideration.[3] The court DENIES Steshenko's motion to stay the order pending resolution of the objection Steshenko submitted to Judge Seeborg.[4]

---

[1] *See* Docket No. 893 at 1-2.

[2] *See* Docket No. 895 at 1.

[3] *See* Docket No. 896 at 1.

[4] *See* Docket No. 894 at 1.

1

Case No. 5:09-cv-05543-RS
ORDER DENYING MOTION TO STAY AND GRANTING-IN-PART MOTION FOR RECONSIDERATION

The court is sympathetic to potential prejudice to Steshenko, but recognizes that Steshenko too played a role in any delay of discovery.[5]  The court therefore GRANTS Steshenko's motion to reconsider IN-PART.  Defendants' deposition of Steshenko may not exceed three hours.

**SO ORDERED.**

Dated: November 25, 2014

PAUL S. GREWAL
United States Magistrate Judge

---

[5] *See* Docket No. 893 at 1-2.