IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY STESHENKO, | No. C 09-05543 RS |
| Plaintiff, | **ORDER DIRECTING COURT TO FURNISH DAILY REFRESHMENTS** |
| v. | |
| THOMAS MCKAY, et al., | |
| Defendant. | |

IT IS HEREBY ORDERED that the United States District Court shall furnish daily refreshments for the 8 members of the jury in the above-entitled matter at the expense of the United States commencing on December 9, 10, 11, 12, 15, 16, 2014. Refreshments shall be delivered to the jury room for Courtroom #3, 17th Floor by 8:00 a.m.

IT IS SO ORDERED.

Dated: 12/1/14

RICHARD SEEBORG
United States District Judge