UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NICHOLAS STESHENKO, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS MCKAY, et al., <br><br> Defendants. | Case No.  09-cv-05543-RS <br><br> **ORDER TO SUPPLEMENT MOTION TO CONTINUE** |

Plaintiff seeks a continuance of the trial date.  Plaintiff shall forthwith arrange for a letter or declaration to be filed from a current examining physician identifying the nature of plaintiff's condition, explaining why it would preclude him from participating in trial next week, and giving an opinion as to when plaintiff will be able to resume normal activity.

**IT IS SO ORDERED**.

Dated:  December 2, 2014

_____
RICHARD SEEBORG
United States District Judge