UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NICHOLAS STESHENKO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS MCKAY, et al.,<br><br>　　　　Defendants. | Case No.  09-cv-05543-RS<br><br>**FURTHER ORDER RE SUPPLEMENTATION OF RECORD** |

　　In light of plaintiff's potential privacy interest in matters related to his health, he may arrange for his attending physician's report to be submitted by email to the Courtroom Deputy, corinne_lew@cand.uscourts.gov, without copying defense counsel at this juncture.  As previously indicated, the report should include information regarding plaintiff's present status, as well as a prognosis and an estimate as to when he may resume normal activities.  Only upon receipt of such report in writing, will the Court be in position to consider the request for a continuance.  Upon review of the report, the Court, if it deems necessary and appropriate, will provide a copy to defense counsel, but will otherwise maintain it under seal .

**IT IS SO ORDERED**.

Dated: December 2, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge