UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY NICHOLAS STESHENKO,

          Plaintiff,

    v.

THOMAS MCKAY, et al.,

          Defendants.

Case No.  09-cv-05543-RS

**ORDER RE SUBMISSION DEADLINE**

      By prior order, plaintiff has been advised that he must submit a written report from his attending physician to support his motion for a continuance of the trial date.  No such report has been received to date.  In the event none is received by 10:00 a.m. on December 4, 2014, the motion will be deemed denied without further order.

**IT IS SO ORDERED**.

Dated:  December 3, 2014

RICHARD SEEBORG
United States District Judge