United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY NICHOLAS STESHENKO,

Plaintiff,

v.

THOMAS MCKAY, et al.,

Defendants.

Case No. 09-cv-05543-RS

**ORDER VACATING TRIAL DATE AND SETTING FURTHER CASE MANAGEMENT CONFERENCE**

Plaintiff represents that he "remains hospitalized in a serious condition" and "would not be able to attend trial" on the date presently scheduled. Plaintiff has not complied with the order to submit a statement from an attending physician. He has, however, provided a statement from a hospital employee describing in general terms his present condition and prognosis. As a result of these circumstances, proceeding with trial on December 8, 2014, does not appear feasible. With reluctance, the trial date is vacated. The parties shall appear on January 8, 2015 for a further Case Management Conference at 1:30 p.m. This order disposes of Docket Nos. 907 and 920. Plaintiff's motion to impose sanctions or grant summary judgment (Docket No. 913) will be submitted without oral argument, pursuant to Civil Local Rule 7-1(b). No motions may be filed between now and the further Case Management Conference.

United States District Court
Northern District of California

**IT IS SO ORDERED**.

Dated: December 4, 2014

RICHARD SEEBORG
United States District Judge