UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY NICHOLAS STESHENKO,

Plaintiff,

v.

THOMAS MCKAY, et al.,

Defendants.

Case No. 09-cv-05543-RS

**ORDER RE REQUEST FOR LEAVE TO SEEK RECONSIDERATION**

Plaintiff's request for leave to seek reconsideration (Dkt. No. 962) presents no valid grounds for reconsideration of the denial of his motion to compel compliance with the trial subpoena directed at Kathleen Sherman. Plaintiff notes, however, that the order on that motion did not expressly address his alternative request for a determination of the admissibility of the correspondence he received in response to a prior subpoena he served during discovery. Subject to authentication and a showing of relevance, that document (a copy of which appears at Dkt. No. 960-3) may be admitted at trial.

**IT IS SO ORDERED**.

Dated: March 3, 2015

_____
RICHARD SEEBORG
United States District Judge