IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GREGORY NICHOLAS STESHENKO,

        Plaintiff,

  v.

THOMAS MCKAY, ET AL.,

        Defendant.

_____/

No. C 09-05543 RS

**ORDER DIRECTING COURT TO FURNISH BREAKFAST**

IT IS HEREBY ORDERED that the United States District Court shall furnish daily breakfast for the eight (8) members of the jury in the above-entitled matter at the expense of the United States beginning on March 24, 2015 and all days thereafter as long as jury is in deliberation. Breakfast shall be delivered to the jury room for Courtroom 3, 17th Floor by 8:00 a.m.

IT IS SO ORDERED.

Dated: 3/16/2015

    RICHARD SEEBORG
    United States District Judge