United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY NICHOLAS STESHENKO,

           Plaintiff,

    v.

THOMAS MCKAY, et al.,

           Defendants.

Case No.  09-cv-05543-RS

**ORDER DENYING LEAVE TO SEEK RECONSIDERATION**

      Plaintiff's request for leave to seek reconsideration (Dkt. No. 988) asserts that manifest error appears in the order granting judgment as a matter of law, in part (Dkt. No. 987).  Plaintiff contends that the evidence of a perceived disability is not limited to his testimony regarding oral statements of Anne Lucero, but that it also appears in Exhibit 111.  The order, however, specifically addressed Exhibit 111, and why it does not support a different result.  Plaintiff's further suggestion that he intends to elicit additional evidence of discrimination based on perceived disability during his cross-examination in the defense case is not a basis for reconsideration of the order granting partial judgment of a matter of law at the close of his case. The request for leave to file a motion for reconsideration is denied.

**IT IS SO ORDERED**.

Dated:  March 30, 2015

                              _____

RICHARD SEEBORG
United States District Judge