UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY NICHOLAS STESHENKO,

    Plaintiff,

    v.

THOMAS MCKAY, et al.,

    Defendants.

Case No. 09-cv-05543-RS

**JUDGMENT**

Based on the order filed February 4, 2014, granting the motions for summary judgment brought by the following defendants (Dkt. No. 654), the Court enters judgment against plaintiff and in favor of defendants Kristine Scopazzi, Berthalupe Carrillo, Sally Newell, and Watsonville Community Hospital in the above-entitled action.

Based on the jury verdict of this date (Dkt. No. 998), the Court enters judgment against plaintiff and in favor of defendants Thomas McKay, Dorothy Nunn, Anne Lucero, and Cabrillo Community College District.

**IT IS SO ORDERED**.

Dated: April 1, 2015

_____
RICHARD SEEBORG
United States District Judge