UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY NICHOLAS STESHENKO,

Plaintiff,

v.

THOMAS MCKAY, et al.,

Defendants.

Case No. 09-cv-05543-RS

**ORDER RE INJUNCTIVE RELIEF**

In addition to damages, plaintiff sought injunctive relief in this action. To the extent such relief would constitute a potential remedy for one or more of plaintiff's substantive claims, his failure to establish liability on any of those claims precludes such relief. To the extent plaintiff had any independent claim for injunctive relief that remains to be adjudicated, the Court hereby finds that plaintiff has failed to establish a factual or legal basis to impose an injunction against defendants.

**IT IS SO ORDERED**.

Dated: April 2, 2015

_____
RICHARD SEEBORG
United States District Judge