UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY NICHOLAS STESHENKO,

    Plaintiff,

    v.

THOMAS MCKAY, et al.,

    Defendants.

Case No. 09-cv-05543-RS

**ORDER GRANTING MOTION FOR TRANSCRIPT AT PUBLIC EXPENSE**

On April 27, 2015, the court granted plaintiff's motion for trial transcripts to be furnished at public expense pursuant to 28 U.S.C. § 753(f).

Accordingly, court reporter Lydia Zinn is directed to prepare the transcript for Jury Trial occurring on the following days: March 23, 2015 through April 1, 2015. The transcripts are to be prepared on a 30 day basis.

**IT IS SO ORDERED.**

Dated: 4/28/15

_____
RICHARD SEEBORG
United States District Judge